# EXHIBIT 13

APP000072

/18/12                    Gmail - Fwd: You've received an invoice (0002) from Jenesis Design



Henry Liu <henryjliu@gmail.com>

# Fwd: You've received an invoice (0002) from Jenesis Design

**John Kaspar <john@fslaser.com>**                                  Mon, Oct 3, 2011 at 4:49 PM
To: Grace Ye <grace@fslaser.com>

attached is the paypal invoice for Jenesis that Henry approved to pay

JK

---------- Forwarded message ----------
From: **Henry** <henry@fullspectrumengineering.com>
Date: Mon, Oct 3, 2011 at 4:46 PM
Subject: Re: You've received an invoice (0002) from Jenesis Design
To: John Kaspar <john@fslaser.com>


Ok please send it to them.

Henry

On Mon, Oct 3, 2011 at 4:06 PM, John Kaspar <john@fslaser.com> wrote:
Henry,

Please approve for payment. We were lucky they were able to jump right on this this morning.

JK

---------- Forwarded message ----------
From: **jenesiscompanies@gmail.com** <jenesiscompanies@gmail.com>
Date: Mon, Oct 3, 2011 at 4:03 PM
Subject: You've received an invoice (0002) from Jenesis Design
To: Full Spectrum Laser LLC <john@fslaser.com>


### You've received an invoice

Hello Full Spectrum Laser LLC,

Jenesis Design sent you an invoice for $416.25 USD.

**Note from Jenesis Design**

Prompt Payment Please

APP000073

ttps://mail.google.com/mail/u/0/?ui=2&ik=c2df0d6c3e&view=pt&q=paypal j...                    1/

/18/12                    Gmail - Fwd: You've received an invoice (0002) from Jenesis Design

| Pay Invoice |

Pay with [    ]

To view the details of this invoice or send Jenesis Design your payment, you can also copy and paste this link into your web browser: https://www.paypal.com/us/cgi-bin/?cmd=_pay-inv&id=INV2-67C3-FC5L-D3XA-MMCL

## Summary of this invoice

|  |  |
|---|---|
| Sent to | Full Spectrum Laser LLC |
|  | john@fslaser.com |
| Sent from | Jenesis Design |
|  | jenesiscompanies@gmail.com |
| Invoice number | 0002 |
| Date payment is due | Oct 3, 2011 |
| Amount | $416.25 USD |

Help Center | Security Center

Please don't reply to this email. It'll just confuse the computer that sent it and you won't get a response.

Copyright © 2011 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal Email ID PP1557

--
John Kaspar
Chief Financial Officer
FULL SPECTRUM LASER, LLC
7310 Smoke Ranch Rd. Ste D
Las Vegas, NV 89128
702-482-8594 (p)
650-215-9917 (f)

Henry Liu, PhD
Full Spectrum Engineering

--
John Kaspar

APP000074

ttps://mail.google.com/mail/u/0/?ui=2&ik=c2df0d6c3e&view=pt&q=paypal j...                                    2/

/18/12                    Gmail - Fwd: You've received an invoice (0002) from Jenesis Design

Chief Financial Officer
FULL SPECTRUM LASER, LLC
7310 Smoke Ranch Rd. Ste D
Las Vegas, NV 89128
702-482-8594 (p)
650-215-9917 (f)

APP000075

/18/12  Gmail - You just sent a payment to Traci Kaspar for this invoice 0002



Henry Liu <henryjliu@gmail.com>

# You just sent a payment to Traci Kaspar for this invoice 0002

**service@paypal.com <service@paypal.com>**  Fri, Oct 7, 2011 at 10:48 AM
To: Full Spectrum Laser LLC <payments@fullspectrumlaser.com>



**You just sent a payment**  Transaction ID: 0PK15722MG3188732

Hello Full Spectrum Laser LLC,

Thanks for using PayPal. It may take a few moments for this transaction to appear in your account.

See your invoice

**Merchant**
Traci Kaspar
jenesiscompanies@gmail.com

**Note to Traci Kaspar**
You haven't sent a note.

**Shipping address -** confirmed
7310 Smoke Ranch Rd
Unit D
Las Vegas, NV 89128
United States

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Website Repair-www.fslaser.com | $45.00 | 7 | $315.00 |
| Website Repair - After Hours-www.fslaser.com | $67.50 | 1.500 | $101.25 |
| | | Subtotal | $416.25 |
| | | Total | $416.25 USD |
| | | Payment | $416.25 USD |

Charge will appear on your credit card statement as PAYPAL *TRACIKASPAR
Payment sent to Traci Kaspar

Invoice ID 0002

Help Center | Resolution Center | Security Center

Please don't reply to this email. It'll just confuse the computer that sent it and you won't get a response.

APP000076

ttps://mail.google.com/mail/u/0/?ui=2&ik=c2df0d6c3e&view=pt&q=paypal j...  1/